VALIANT LAW
Safa Michael Riadh
safa@lawyercda.com
Idaho State Bar No. 10368
924 Sherman Avenue
Coeur d'Alene, ID 83814
(208) 667-5437
(208) 664-2114 Facsimile

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In the Matter of: | Case No. 21-20456-NGH |
|---|---|
| EHSAN ARBABI, | Chapter No. 7 |
| Debtor. | |

MOTION TO DELAY ENTRY OF DISCHARGE

Comes now the debtor, EHSAN ARBABI, by and through his attorney, Safa Michael Riad, of the firm VALIANT LAW, and hereby moves the Court for an Order delaying the entry of Discharge in this matter in order to allow a creditor additional time to prepare, execute and file a Reaffirmation Agreement.

WHEREFORE, the undersigned requests that Discharge be postponed until after April 8, 2022, and the Court enter an Order pursuant to FRBP 4008(a) authorizing the Reaffirmation Agreement to be filed before April 8, 2022.

DATED this 10th day of March, 2022.

VALIANT LAW

*/s/ Safa Michael Riadh*
Safa Michael Riadh
Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 10th day of March, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**US Trustee** ustp.region18.bs.ecf@usdoj.gov
**David P. Gardner** trustee@winstoncashatt.com

                                          */s/ Safa Michael Riadh*
                                          Safa Michael Riadh

MOTION TO DELAY DISCHARGE - 2